JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

DEC 0 4 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1354

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION*

*David N. Cancienne v. Citigroup, Inc., et al.,* E.D. Louisiana, C.A. No. 2:03-2896

## CONDITIONAL TRANSFER ORDER (CTO-8)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Robert E. Keeton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Keeton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Robert E. Keeton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 2 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

December 22, 2003

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

03 cv 12607 REK

MAGISTRATE JUDGE Bowler

Re: MDL-1354 -- In re Citigroup, Inc., Capital Accumulation Plan Litigation

   *David N. Cancienne v. Citigroup, Inc., et al.*, E.D. Louisiana, C.A. No. 2:03-2896

Dear Anastas:

   I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on <u>December 4, 2003</u>. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   A list of involved counsel is attached.

                                         Very truly,

                                         Michael J. Beck
                                         Clerk of the Panel

                                         By _Teresa Bishop_
                                            Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Robert E. Keeton
    Transferor Judge:   Judge Mary Ann Vial Lemmon
    Transferor Clerk:   Loretta G. Whyte

JPML Form 36