U.S. District Court Web PACER(v2.4-EDLA) Docket Report    Case 1:03-cv-12607-NG    Document 5-2    Filed 12/29/2003    Page 1 of 3    Page 1 of 3

Docket as of December 26, 2003 8:38 pm                    Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

## CIVIL DOCKET FOR CASE #: 03-CV-2896

### Cancienne v. Citigroup Inc, et al

Filed: 10/16/03
Assigned to: Judge Mary Ann Vial Lemmon
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 190
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Breach of Contract

---

DAVID N CANCIENNE, on Behalf of Himself and all Others Similarly Situated
    plaintiff

Bruce H. Nagel
[COR NTC]
Nagel Rice Dreifuss & Mazie, LLP
301 South Livingston Ave.
Livingston, NJ 07039

James R. Dugan, II
[COR LD NTC]
Dugan & Brown, PLC
3500 N. Hullen St.
Metairie, LA 70002
504-456-8220

    v.

CITIGROUP INC
    defendant

SMITH BARNEY INC
    defendant

SALOMON SMITH BARNEY, INC.
    defendant

SALOMON BROTHERS, INC.
    defendant

CITIFINANCIAL INC

    defendant

TRAVELERS GROUP INC
    defendant

UNIDENTIFIED PARTIES
    defendant

## DOCKET PROCEEDINGS

| DATE | # | IMG | DOCKET ENTRY |
|---|---|---|---|
| 10/16/03 | 1 | 📄 | COMPLAINT; 6 summons(es) issued (plh) [Entry date 10/20/03] |
| 10/16/03 | -- | | Payment of filing fee by plaintiff David N Cancienne in amount of $ 150.00 (plh) [Entry date 10/20/03] |
| 10/24/03 | 2 | 📄 | ORDER Case reassigned to Judge Mary Ann Vial Lemmon by Judge Eldon E. Fallon Date Signed: 10/23/03 (dmg) [Entry date 10/27/03] |
| 11/26/03 | 3 | | WAIVER OF SERVICE of summons and complaint sent to defendant Citigroup Inc, defendant Smith Barney Inc, defendant Salomon Smith Barney, defendant Salomon Bros Inc, defendant Citifinancial Inc, defendant Travelers Group Inc on 11/1/03 (ijg) [Entry date 12/01/03] |
| 12/26/03 | 4 | 📄 | Conditional ORDER from the MDL Panel transferring case to the District of Massachuesetts, MDL No. 1354 (car) [Entry date 12/26/03] |

Case Flags:
MAG-5

END OF DOCKET: 2:03cv2896

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/29/2003 13:15:34 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:03cv02896 |
| Billable Pages: | 3 | Cost: | 0.21 |