UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 CAMP ST., ROOM C-151
NEW ORLEANS, LA 70130

January 6, 2004

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Multidistrict Litigation No. 1354
             David N. Cancienne
             vs.
             Citigroup, Inc., et al.
             Civil Action No. 03-2896 S (5)
             Your Case No. C.A. 1:03cv 12607-REK

Dear Mr. Anastas:

    Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the District of Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter.

                          Very truly yours,

                          LORETTA G. WHYTE, CLERK

                          By _____
                                Deputy Clerk

Enclosures