UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Citigroup, Inc., Capital Accumulation Plan Litigation

Multidistrict Litigation Number 1354

Civil Action Numbers 00-11912, 03-11400, 03-11835, 03-12607 and 04-12262

**N O T I C E**

Please take notice that the above-entitled cases previously assigned to Senior Judge Robert E. Keeton have been transferred to Judge Nancy Gertner for all further proceedings. From this date forward the case numbers on all pleadings should be followed by the initials **NG**.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ *Virginia a. Hurley*
Deputy Clerk

Date: September 11, 2006

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)