**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) <br> **IN RE CITIGROUP INC. CAPITAL** ) <br> **ACCUMULATION PLAN LITIGATION** ) <br> ) | MDL No. 1354 |
| **JOHNIE F. WEEMS**, individually ) <br> and on behalf of others ) <br> similarly situated, ) <br>    Plaintiff,    ) <br>                      ) <br>                      ) <br>    v.                ) <br>                      ) <br> **CITIGROUP, INC., et al.,** ) <br>    Defendants.       ) | Civil Action No. 00CV11912-NG <br> (LEAD DOCKET NO.) |
| FREDERICK D. WEBB,          ) <br> individually and on behalf of ) <br> others similarly situated, ) <br>    Plaintiff,    ) <br>                      ) <br>                      ) <br>    v.                ) <br>                      ) <br> CITIGROUP, INC., et al.,   ) <br>    Defendants.       ) | Civil Action No. 03CV11400-NG <br> (ORIGINAL DOCKET NO.) |
| SEAN UDALL,                 ) <br>    Plaintiff,    ) <br>                      ) <br>                      ) <br>    v.                ) <br>                      ) <br> CITIGROUP, INC., et al.,   ) <br>    Defendants.       ) | Civil Action No. 03CV11835-NG <br> (ORIGINAL DOCKET NO.) |
| DAVID N. CANCIENNE,         ) <br>    Plaintiff,    ) <br>                      ) <br>                      ) <br>    v.                ) <br>                      ) <br> CITIGROUP, INC., et al.,   ) <br>    Defendants.       ) | Civil Action No. 03CV12607-NG <br> (ORIGINAL DOCKET NO.) |

```
ALLEN B. LORENZI,[1]          )
     Plaintiff,                )
                               )
                               )   Civil Action No. 04CV12262-NG
     v.                        )   (ORIGINAL DOCKET NO.)
                               )
CITIGROUP, INC., et al.,       )
     Defendants.               )

CRAIG HUNDT,                   )
     Plaintiff,                )
                               )
                               )   Civil Action No. 06CV12095-NG
     v.                        )   (ORIGINAL DOCKET NO.)
                               )
CITIGROUP GLOBAL MARKETS,      )
INC., et al.,                  )
     Defendants.               )

JOHN M. ANDREWS,               )
     Plaintiff,                )
                               )
                               )   Civil Action No. 07CV11625-NG
     v.                        )   (ORIGINAL DOCKET NO.)
                               )
CITIGROUP GLOBAL MARKETS,      )
INC.,                          )
     Defendant.                )
```

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, Weems v. Citigroup, Civil Action No. 00-11912-NG,** pursuant to Fed. R. Civ. P. 42. The cases involve common parties -- the defendants. The cases also involve common legal and factual questions pertaining to Citigroup's Capital Accumulation Plan. Three of the cases were previously acknowledged as involving common issues, see Practice & Procedure

---

[1] By Order of the Court, Allen B. Lorenzi was substituted for Michael D. Woods. See Order of Dismissal (entered Jan. 26, 2007) (document # 671).

Order No. 17 (entered Mar. 3, 2004) (document # 387), and the parties have properly been making filings in the lead case.  This Order is merely procedural and does not affect the rights of any party.

**All future pleadings and submissions shall be filed only under the lead case number 00-11912-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**
**Date: August 8, 2008**                              */s/Nancy Gertner*
                                                      **NANCY GERTNER, U.S.D.C.**